## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **v.**　　　　　　　　　　　　**Case No: 8:25-CR-182-SDM-AAS-1**

**NAJAIE SLATER**

_____ /

### JOINT MOTION TO CONTINUE SENTENCING

The Defendant, Najaie Slater, through undersigned counsel, and pursuant to Local Rule 3.08, hereby moves this Court to continue sentencing in this case currently set May 19, 2026, for 30 days for the reasons set forth below:

1. Ms. Slater appeared for her initial appearance and arraignment before Honorable Amanda Arnold Sansone, on April 29, 2025. Ms. Slater was charged via two (2) count indictment, Conspiracy to Straw Purchase a Firearm, and Straw Purchasing of a Firearm, all in violation of 18 U.S.C. § 932(b), 18 U.S.C. § 922(a)(6).Docs. 1 and 9.

2. Ms. Slater was detained on December 18, 2025. Doc 50. She entered a guilty plea with a plea agreement on February 4, 2026, which the Court accepted, setting this matter for sentencing on May 19, 2026. Docs. 56, 63.

3. The parties agree that additional time is warranted to continue

productive discussions with the United States about an appropriate resolution for this matter.

4. The parties further agree that setting this matter for sentencing in Late June would allow adequate time to conclude discussions and would serve the interests of justice and to better inform the Court of the relevant 18 U.S.C. 3553(a) factors.

5. Counsel acknowledges that this Motion is not timely pursuant to the Court's sentencing order, as it is being filed more than thirty (30) days from the date of the order. The delay in filing was not intentional but was due to a continuance in another matter necessitating a delay in this hearing.

6. Defense counsel has conferred with AUSA Michael Kenneth, and the United States joins in this motion.

7. Ms. Slater is detained and is in agreement with this motion.

<strong>MEMORANDUM OF LAW</strong>

Local Rule 3.08 provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict. Ms. Slater respectfully submits that the instant motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the

proceedings.

WHEREFORE, the defendant, Ms. Najaie Slater, respectfully moves to continue the January 2026 trial term to the March 2026 trial term and make an appropriate finding that the ends of justice served by a continuance of this matter outweigh the best interests of the public and Ms. Slater in a speedy trial.

Respectfully submitted this 20th day of April 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Kenneth, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender

4