**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-182-SDM-AAS | **DATE:** | August 13, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAJAIE SLATER | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Michael Kenneth | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** | 10:31 AM – 10:39 AM<br>12:00 PM – 12:01 PM   **TOTAL:** 9 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: MOTION HEARING**

Court in session counsel identified for the record.

The Court addressed Ms. Slater's outstanding warrant in her state court case and the issue of where she will reside upon release from federal custody.

Statements were made by counsel.

The Court recessed to address matters with the United States Marshals Service.

The Court advised the parties that a writ will need to be filed by the State Attorney's Office to obtain Ms. Slater's presence for her Pinellas County court proceedings.

The Court scheduled a follow-up hearing for Friday, August 21, 2026, at 10:30 a.m.

The Court will enter a written order following the hearing.

Court adjourned.