# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:25-cr-182-SDM-AAS**

**NAJAIE SLATER**

_____/

## ORDER

This cause is before the Court on the question of Defendant Najaie Slater's release from custody.

The Court is advised that Defendant Slater has a hearing scheduled in Pinellas County on Monday, August 17, 2026 at 8:30 a.m., to address the pending state charge. Also, her family continues to work on locating a suitable residence where Ms. Slater can live upon release.

Accordingly, Defendant Najaie Slater shall remain in the custody of the United States Marshals Service pending her next hearing before the undersigned on Friday, August 21, 2026, at 10:30 a.m.

ORDERED in Tampa, Florida, on August 13, 2026.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge