**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE AMANDA ARNOLD SANSONE**

| | |
|---|---|
| **CASE NO.** 8:25-cr-182-SDM-AAS | **DATE:** 8/21/2026 |
| **TITLE:** USA v. Najaie Slater | |
| **START & END TIME:** 10:35 am - 10:45 am | **TOTAL TIME:** 10 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | Pretrial: Anthony Zarate |
| **Court Reporter:** Digital | |
| **Counsel for Government:** Michael Kenneth AUSA | |
| **Counsel for Defendant(s):** Ryan Maguire , AFPD | |

**CLERK'S MINUTES**
**Status Conference**

Defendant and attorneys' presence.

The court addressed Ms. Slater's release.

Defense counsel advises the court that Ms. Slater can live with her sister.

Statements were made by Pretrial Officer Anthony Zarate.

The Court ordered Ms. Slater released on the original conditions.

The Court will enter a written order to follow.

Court is in recess.