UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| CASE NO.: | 8:25-cr-182-SDM-AAS | DATE: | October 14, 2026 |
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**NAJAIE SLATER** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL<br>Michael Kenneth, AUSA | |
| | | DEFENSE COUNSEL<br>Ryan Maguire, AFPD | |
| COURT REPORTER: Deanna Cassio | | DEPUTY CLERK: | Derek Young |
| TIME: 9:00 AM – 9:20 AM | *TOTAL:* 20 mins | PROBATION: | Johanna Perez |
| | | COURTROOM: | 15A |

**PROCEEDINGS: SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty as to Counts One, Two, and Three of the Indictment and is adjudged guilty of these offenses.

The motion at (Doc.89) is GRANTED.

Imprisonment: TIME SERVED.
Counts One, Two, and Three: Time served
These terms are concurrent

Supervised Release: NO TERM IMPOSED.

The defendant must cooperate in the collection of DNA as directed by the probation officer.

Fine: WAIVED

Special Assessment: $300.00 due immediately.

The defendant is advised of her right to appeal and of her right to counsel on appeal.