Case 8:25-cr-00182-SDM-AAS Document 92 Filed 10/14/26 Page 1 of 3 PageID 350 1 of 3



# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECEIVED U.S. MARSHALS 2026 OCT 15 AM 8:34
FILED OCT 15 2026 PM3:04 USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

NAJAIE SLATER

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 8:25-cr-182-SDM-AAS
USM Number: 77445-511

Ryan Maguire, AFPD

The defendant, who pleaded guilty to Counts One, Two, and Three of the Indictment, is adjudicated guilty of these offenses:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 932(b)(1) and (c)(1) | Conspiracy to Straw Purchase a Firearm | June 4, 2024 | One |
| 18 U.S.C. § 932(b)(1), (c)(1) and 2 | Straw Purchasing of a Firearm | May 24, 2024 | Two |
| 18 U.S.C. §§ 922(a)(6) and 924(a)(2) | False Statement During the Purchase of a Firearm | May 30, 2024 | Three |

As provided in this judgment, the defendant is sentenced in accord with 18 U.S.C. § 3553(a) and the Sentencing Reform Act of 1984, to the extent applicable after *United States. v. Booker*, 543 U.S. 220 (2005).

Until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid, the defendant must notify the United States Attorney for this district within thirty days after any change of name, residence, or mailing address If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

Sentence imposed on October 14, 2026

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

October 14th, 2026

CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: ____
DEPUTY CLERK

I have executed within TIME SERVED
Judgment and Commitment on 10-14-26

United States Marshal
By: ____
USMS Criminal Section

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons for imprisonment for **TIME SERVED.**

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

The defendant was delivered to ________________________________________________

on ______________________________________ and was given a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By:______________________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

NO TERM IMPOSED.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accord with the schedule of payments.

| Assessment | Restitution | Fine | AVAA Assessment | JVTA Assessment |
|---|---|---|---|---|
| $300.00 | N/A | WAIVED | N/A | N/A |

## SCHEDULE OF PAYMENTS

In accord with his ability, the defendant must pay the total criminal monetary penalties as follows:

Special Assessment must be paid in full and is due immediately.

Unless expressly ordered otherwise in the special instructions above and if this judgment imposes imprisonment, the defendant must pay a criminal monetary penalty and during the time of imprisonment. A criminal monetary penalty, except a payment, through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are payable to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

The defendant must receive credit for any previous payment toward any criminal monetary penalty imposed.

Payments must apply in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.